

# Fourth Court of Appeals
## San Antonio, Texas

November 12, 2015

No. 04-15-00021-CV

**BOARD OF ADJUSTMENT OF THE CITY OF SAN ANTONIO**,
Appellant

v.

Michael and Theresa **HAYES**,
Appellee

From the County Court At Law No. 10, Bexar County, Texas
Trial Court No. 2014CV00284
Honorable David J. Rodriguez, Judge Presiding

# O R D E R

    Appellees' unopposed motion to postpone oral argument is GRANTED. This cause is reset for formal submission and oral argument before this court on January 21, 2016, at 9:00 a.m., before a panel consisting of Chief Justice Sandee Bryan Marion, Justice Marialyn Barnard, and Justice Patricia O. Alvarez.

**PER CURIAM**

Attested to: _____
Keith E. Hottle
Clerk of Court

